UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DISABLED PATRIOTS OF AMERICA, INC., a
Florida Non Profit Corporation, and MARCUS
INGRAM, Individually,

Civil Case No.: 1:07-cv-00299-JTC

Plaintiffs,

vs.

NF HOTEL, LLC, a New York Limited Liability
Company,

Defendant.

---

## STIPULATION FOR APPROVAL AND ENTRY OF
## CONSENT DECREE AND DISMISSAL OF CASE WITH PREJUDICE

Plaintiffs and Defendant, by and through undersigned counsel, hereby move this Court to approve and enter judgment on the Proposed Consent Decree annexed hereto as Exhibit A ("the Consent Decree").

Pursuant to Title III of the Americans with Disabilities Act this Court is authorized to enter a Consent Decree requiring a public accommodation to alter facilities to make such facilities readily accessible to and useable by individuals with disabilities to the extent required by Subchapter III of Chapter 126 of Title 42 of the United States Code 42 USC § 12188 (a)(2) 2000.

WHEREFORE, Plaintiffs and Defendant respectfully request this Court to approve and enter judgment on the Consent Decree and retain jurisdiction to enforce the Consent Decree and

for determination of the amount of attorneys' fees, costs, expert fees and litigation expenses to be awarded to plaintiffs and dismiss the case with prejudice.

Date: 1-11-08

**FOR THE DEFENDANT:**

By: _____
   Norman B. Viti, Jr., Esq.
GIBSON, McASKILL & CROSBY, LLP
69 Delaware Avenue, Suite 900
Buffalo, New York 14202-3866
Telephone : (716)856-4200
Facsimile: (716)856-4013
nviti@gmclaw.com

So Ordered
_____
1/28/08

**FOR THE PLAINTIFFS:**

By: _____
   Jonathan E. Staehr, Esq.
HEMMING & STAEHR, P.C.
Co-Counsel for Plaintiffs
3725 Genesee Street, Suite 1
Cheektowaga, New York 4225
Telephone: (716) 631-7250
Facsimile: (716) 631-7258
jstaehr@adelphia.net

By: _____
   Lawrence A. Fuller, Esq.
FULLER, FULLER AND ASSOC., P.A.
Co-Counsel for Plaintiffs
12000 Biscayne Boulevard, Suite 609
North Miami, Florida 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
lfuller@fullerfuller.com

# EXHIBIT A

UNITED STATES DISTRICT COURT  
WESTERN DISTRICT OF NEW YORK

JAN 1 1 2008

DISABLED PATRIOTS OF AMERICA, INC., a
Florida Non Profit Corporation, and MARCUS
INGRAM, Individually,

                Plaintiffs,            Civil Case No.: 1:07-cv-00299-JTC

v.

NF HOTEL, LLC, a New York Limited Liability
Company,

                Defendant.

## CONSENT DECREE

This Consent Decree is entered into by and between and, hereinafter sometimes referred to as "Plaintiffs," and, hereinafter sometimes referred to as "Defendant," on the date last executed below.

**WHEREAS**: The Defendant's property is a hotel known as Quality Hotel & Suites at the Falls and is located at 240 Rainbow Boulevard, Niagara Falls, New York 14303. Plaintiffs claim that there are architectural barriers existing at the Defendant's property that constitute violations of the Americans With Disabilities Act that unlawfully limit the Plaintiffs' use of the property. Defendant does not admit any of the allegations of the Plaintiffs' Complaint. However, in consideration for resolving all matters in dispute, the parties have agreed to the following terms and conditions subject to the Court entry of an Order Approving and Entering the Consent Decree.

1.     All alterations, modifications, and policies required by this Consent Decree shall be completed prior to January 1, 2010. A final property re-inspection conducted by Plaintiffs will take place after January 1, 2010, to ensure that the modifications to the subject property required below have been completed. Plaintiffs' counsel, expert(s) and/or representatives shall be provided reasonable access to the building during that time period to conduct a re-inspection and to verify commencement, progress and completion of the work required hereby.

2.     Defendant shall pay plaintiffs' counsel, Fuller, Fuller & Associates, P.A., and Jonathan E. Staehr, Esq. for plaintiffs' reasonable attorneys' fees, litigation expenses and costs incurred in this matter, and plaintiffs' expert, Mr. David Pedraza, reasonable expert fees and costs incurred in this matter. The amounts to be paid shall be established by counsel for the parties by separate agreement.

3. When all issues are resolved between the parties, the parties hereby agree and will request the Court to approve and enter the Consent Decree, providing for retention of jurisdiction by the Court to enforce, as necessary, the terms of this Decree.

4. The parties warrant that all the provisions of this Consent Decree will remain in strict confidence, except where disclosure is required under appropriate legal process or is necessary to resolve the issue of attorneys' fees and/or costs. The parties agree to refrain from making any statements about the lawsuit, the allegations contained herein, or this Consent Decree except that the Defendant may share this Consent Decree with any prospective purchasers and with any parties engaged to perform the barrier removal obligations herein.

5. In any action to enforce this Consent Decree, the prevailing party shall be entitled to attorneys' fees, costs and expert fees.

6. This Consent Decree shall be binding upon and inure to the benefit of the parties hereto and their respective successor and/or assigns. The parties shall perform their obligations under this Consent Decree in good faith.

7. The parties agree and acknowledge that the Defendant may implement alternative actions that would provide equivalent facilitation to those actions specified in <u>Exhibit A – Settlement Actions</u>, as long as Defendant timely informs Plaintiffs in writing, through counsel, of the alternative actions being taken.

8. The parties agree that any delays in making the modifications to the property as provided for pursuant to this Consent Decree caused by third parties, including but not limited to construction contractors, or city building officials, inspectors, or permitting departments, will not be deemed to violate the compliance dates herein as long as the Defendant makes a good faith effort to effect implementation as soon as reasonably possible thereafter.

9. Upon the Court's approval of this Consent Decree and upon the Defendant's full compliance with the terms and conditions of this Consent Decree, Plaintiffs hereby release and discharge Defendant, its officers, employees, agents, successors and assigns from any and all claims and causes of action related to the property at issue in this action which they have had arising under the Americans With Disabilities Act.

10. The parties acknowledge that the modifications described in this Consent Decree shall be implemented according to the standards set out in 28 CFR Part 36 § 36.304(d)(7-1-94 edition). All references to figures in the paragraphs below refer to those that accompany the ADA-SAD.

11. This Consent Decree can be executed in any number of counterparts, each of which shall be taken to be one and the same instrument, for the same effect as if all parties hereto had signed the same signature page. A facsimile copy of any parties signature shall be deemed as legally binding as the original signatures.

12. The Defendant is advised that under certain circumstances a tax credit and/or tax deduction may be available to businesses to help cover the cost of making access improvements. (See Sections 44 and 190 of the Internal Revenue Code).

13. Defendant agrees that it shall perform the corrective actions that are identified as part of <u>Exhibit A – Settlement Actions</u> by the completion dates specified in <u>Exhibit A</u>.

IN WITNESS WHEREOF, the parties hereto execute this Consent Decree regarding ADA compliance for <u>Disabled Patriots of America, Inc., a Florida Non Profit Corporation, and Marcus Ingram, Individually vs. NF Hotel, LLC, a New York Limited Liability Company</u>, Case No.: 1:07-cv-0299-JTC to be effective on the date upon which the last signatories execute this Consent Decree.

**PLAINTIFFS:**

By: _____    Date: _____
Disabled Patriots of America, Inc.

By: _____    Date: _____
Marcus Ingram

**DEFENDANT:**

By: *Joseph M Anderson*    Date: 1/11/08
NF Hotel, LLC

Decree approved/
*John T Curtin*
US DC J U D NY
1/28/08

11.  This Consent Decree can be executed in any number of counterparts, each of which shall be taken to be one and the same instrument, for the same effect as if all parties hereto had signed the same signature page. A facsimile copy of any parties signature shall be deemed as legally binding as the original signatures.

12.  The Defendant is advised that under certain circumstances a tax credit and/or tax deduction may be available to businesses to help cover the cost of making access improvements. (See Sections 44 and 190 of the Internal Revenue Code).

13.  Defendant agrees that it shall perform the corrective actions that are identified as part of <u>Exhibit A – Settlement Actions</u> by the completion dates specified in <u>Exhibit A</u>.

**IN WITNESS WHEREOF**, the parties hereto execute this Consent Decree regarding ADA compliance for <u>Disabled Patriots of America, Inc., a Florida Non Profit Corporation, and Marcus Ingram, Individually vs. NF Hotel, LLC, a New York Limited Liability Company,</u> Case No.: 1:07-cv-0299-JTC to be effective on the date upon which the last signatories execute this Consent Decree.

**PLAINTIFFS:**

By: _[signature]_ Date: 12/12/07
Disabled Patriots of America, Inc.

By: _[signature]_ Date: 12/1/007
Marcus Ingram

**DEFENDANT:**

By: _____ Date: _____
NF Hotel, LLC

Consent Decree FINAL from oc & our revisions (jl 10-12-07)

3

11. This Consent Decree can be executed in any number of counterparts, each of which shall be taken to be one and the same instrument, for the same effect as if all parties hereto had signed the same signature page. A facsimile copy of any parties signature shall be deemed as legally binding as the original signatures.

12. The Defendant is advised that under certain circumstances a tax credit and/or tax deduction may be available to businesses to help cover the cost of making access improvements. (See Sections 44 and 190 of the Internal Revenue Code).

13. Defendant agrees that it shall perform the corrective actions that are identified as part of Exhibit A – Settlement Actions by the completion dates specified in Exhibit A.

IN WITNESS WHEREOF, the parties hereto execute this Consent Decree regarding ADA compliance for Disabled Patriots of America, Inc., a Florida Non Profit Corporation, and Marcus Ingram, Individually vs. NF Hotel, LLC, a New York Limited Liability Company, Case No.: 1:07-cv-0299-JTC to be effective on the date upon which the last signatories execute this Consent Decree.

**PLAINTIFFS:**

By: _[signature]_  Date: 12/12/07
Disabled Patriots of America, Inc.

By:_____  Date:_____
Marcus Ingram

**DEFENDANT:**

By:_____  Date:_____
NF Hotel, LLC

Consent Decree FINAL from oc & our revisions (jl 10-12-07)

3

# EXHIBIT A

NR Hotel, LLC
Exhibit A - Settlement Actions

| Settlement Item | Location | Element | Feature/Finding | Action/Comment | ADA-SAD (ADAAG) | Completion Date |
|---|---|---|---|---|---|---|
| A | First Street Parking | Secondary Parking Lot | Lot is remote from an entry, is mostly sloped in excess of 2%, and contains 22 parking spaces, none of which are accessible. Two spaces at the Rainbow Boulevard edge of the lot are adjacent to the sidewalk and nearly level. | Widen the two spaces at the Rainbow Boulevard edge to create 2 van accessible spaces with an access aisle between and a walkway from the sidewalk. | 4.6 | 1/1/2010 |
| B | Rainbow Boulevard Parking | Primary Parking Lot | Lot is adjacent to an entry and contains 30 designated parking spaces, including 3 accessible spaces across from the entry doors. The accessible parking spaces do not have access aisles. | Restripe the existing three accessible spaces to provide 2 van size parking spaces with an access aisles between them. | 4.6 | 7/1/2008 |
| C | Rainbow Boulevard Parking | Primary Parking Lot | Parking space signs are low and visually obstructed by parked vehicles. | Raise the two signs to 60 inches minimum to bottom. | 4.6 | 7/1/2008 |
| D | Rainbow Boulevard Parking | Street Parking | 2 accessible parking spaces on the street near the hotel entry. | Train valet parking staff to advise guests with disabilities regarding these spaces should the accessible lot spaces be full and to offer assistance in servicing the pay meters | 36.303 | 7/1/2008 |
| E | Rainbow Boulevard - Hotel Entry | Entry Doors | Interior vestibule doors have 10-25 lbs. force with 3+ seconds closing speed. No threshold. | Adjust door closers to as close as reasonably possible to 5 lbs max force with 3 seconds minimum closing speed. | 4.13.10 4.13.11 | 7/1/2008 |
| F | Rainbow Boulevard - Hotel Entry | Entry Doors | Exterior vestibule doors have 10-25 lbs. force with 3 seconds closing speed. Threshold is accessible | Adjust door closers to as close as reasonably possible to 8 lbs max force with 3 seconds minimum closing speed. | 4.13.10 4.13.11 | 7/1/2008 |
| G | First Street Hotel Entry | Walkway Approach from Bus/Taxi Drop-Off/Valet Parking | Slope down to entry is 7.2% at top 8 feet adjacent to sidewalk, next 11 feet slope is 11% to a 3 foot deep level landing area which sunk about 2 inches. | Modify the entry area to reduce slope to 8.3% maximum. Entry could be moved back about 5-6 feet to reduce slope by eliminating the outer portion. Add handrails at each side. | 4.13.10 | 7/1/2008 |
| H | First Street Hotel Entry | Walkway Approach from Bus/Taxi Drop-Off/Valet Parking | Outer opening without doors has a 2 inch vertical high offset at threshold. A tapered board was installed. | Eliminate the board and vertical offset. (See Settlement Item G) | 4.8 | 1/1/2010 |
| I | Lobby Level Large Meeting Room | Entry Doors | 2 pairs of 36 inch wide doors with push/pull hardware. Closer has 12 lbs. force with 1 second closing speed. | Adjust closer to as close as reasonably possible to 5 lbs max force with 3 seconds minimum closing speed. | - | 1/1/2010 |
| J | Men's Restroom at Large Lobby Meeting Room | Entry Door | Signage is on the door face and not tactile. | Add tactile room name signage and signage indicating the location of the adjacent unisex accessible restroom. (See Settlement Item L) | 4.13.10 4.13.11 | 7/1/2008 |
| K | Women's Restroom at Large Lobby Meeting Room | Entry Door | Signage is on the door face and not tactile. | Add tactile room name signage and signage indicating the location of the adjacent unisex accessible restroom. (See Settlement Item L) | 4.30 | 1/1/2010 |
| L | Restroom Area at Large Lobby Meeting Room | Coat Room | Used for storage | Change the coat room to a unisex restroom and provide an accessible route from the lobby. | 4.30 | 1/1/2010 |
| M | Lobby/Restaurant Men's Restroom | Entry Door | Signage is on the door face and not tactile. | Add tactile room name signage. | 4.1.6 (3) (e) | 1/1/2010 |
| N | Lobby/Restaurant Men's Restroom | Entry Door | Signage is on the door face and not tactile. | Add ISA signage indicating the location of an accessible unisex restroom with a side transfer water closet at the meeting room area. (See Settlement Item L) | 4.30 | 7/1/2008 |
| O | Lobby/Restaurant Men's Restroom | Entry Door | Closer requires 11 lbs. with 3+ second closing speed | Adjust closer to as close as reasonably possible to 5 lbs max force with 3 seconds minimum closing speed. | 4.1.6 (3) (e) | 1/1/2010 |
| P | Lobby/Restaurant Men's Restroom | Lavatory | Knee clearance not accessible. Counter top is 3" inches high. | Modify the lavatory to be 34 inches high maximum, with accessible knee/toe clearance and insulated pipes. | 4.13.10 4.13.11 | 7/1/2008 |
| Q | Lobby/Restaurant Men's Restroom | Lavatory | Mirror is 56 inches high to bottom reflective edge. | Provide a mirror with bottom reflective edge at 40 inches high maximum. | 4.19 | 7/1/2008 |
| R | Lobby/Restaurant Men's Restroom | Water Closets (2) | One ambulatory type stall, 39-1/2 inches wide | Add a pull to the outside face of the stall door. | 4.17.5 | 7/1/2008 |
| S | Lobby/Restaurant Men's Restroom | Alarm | No visual alarm | At the time of the next alarm system upgrade, add a visual alarm. | 4.1.3 (14) | 7/1/2008 |
| T | Lobby/Restaurant Women's Restroom | Entry Door | Signage is on the door face and not tactile. | Add tactile room name signage. | 4.30 | 7/1/2008 |
| U | Lobby/Restaurant Women's Restroom | Entry Door | Signage is on the door face and not tactile. | Add ISA signage indicating the location of an accessible unisex restroom with a side transfer water closet at the meeting room area. (See Settlement Item L) | 4.1.6 (3) (e) | 1/1/2010 |

| Settlement Item | Location | Element | Feature/Finding | Action/Comment | ADA-SAD (ADAAG) | Completion Date |
|---|---|---|---|---|---|---|
| V | Lobby/Restaurant Women's Restroom | Entry Door | Door closer 10 lbs, 3+ seconds | Adjust closer to as close as reasonably possible to 5 lbs max force with 3 seconds minimum closing speed. | 4.13.10 / 4.13.11 | 7/1/2008 |
| W | Lobby/Restaurant Women's Restroom | Lavatory | 31-1/2 inch high top. | Modify the lavatory to be 34 inches high maximum, with accessible knee/toe clearance and insulated pipes. | 4.19 | 7/1/2008 |
| X | Lobby/Restaurant Women's Restroom | Lavatory | 54 inch high mirror | Provide a mirror with bottom reflective edge at 40 inches high maximum. | 4.19 | 7/1/2008 |
| Y | Lobby/Restaurant Women's Restroom | Water Closet Stalls (3) | 1 ambulatory type 38-1/2 inch wide | Relocate dispensers away from grab bar 12 inches minimum above or 1-1/2 inches minimum below. | 4.26 | 7/1/2008 |
| Z | Lobby/Restaurant Women's Restroom | Water Closet Stalls (3) | 1 ambulatory type 38-1/2 inch wide | Add a pull to outside face of the outside stall door. | 4.17.5 | 7/1/2008 |
| AA | Cigar Lounge Across from Lobby Elevators | Entry From Elevator Lobby | Signage is not tactile | Add tactile room name signage. | | 7/1/2008 |
| AB | Restaurant | First Street Entry | Walkway from First Street sidewalk slopes 5%. Landing at doors is deteriorated and sunken at the threshold and about 3 feet deep. | Reconstruct the landing to provide a 5 foot deep level area and accessible threshold. | 4.1.3 (16)(a) | 7/1/2008 |
| AC | Restaurant/Bar | Self-Serve Breakfast Buffet Area | Self service unit is 36 inches high. Circulation around it is accessible. Adjacent auxiliary tables for food presentation are 30 inches high. | Install ISA signage indicating table service is available on request. | 36.303 | 7/1/2008 |
| AD | Restaurant/Bar | Outdoor Patio Off Breakfast Area | Pair of 36 inch doors. Closer 12 lbs/2 sec. Slight concrete offset at exterior side. | Add walk-off mat at exterior side to provide a flush transition at the threshold. | 4.13.6 | 7/1/2008 |
| AE | Ramp to Wedding Chapel and | Handrail | Handrail is on one side only and 2 inches in diameter | Add horizontal extensions at the top & bottom. | 4.13.6 | 7/1/2008 |
| AF | Ramp to Wedding Chapel and | Handrail | Handrail is on one side only and 2 inches in diameter | Add a handrail on the other side. | 4.26 | 7/1/2008 |
| AG | Wedding Chapel | Entry | Signage is on the door face and not tactile. | Provide room name tactile signage at the strike side of the door. | 4.26 | 7/1/2008 |
| AH | Cataract Meeting Room | Entry Door | Signage is on the door face and not tactile. | Provide tactile signage at the strike side of the door. | 4.30 | 7/1/2008 |
| AI | Cataract Meeting Room | Entry Door | Round knob door hardware. | Change to lever handles. | 4.13.9 | 7/1/2008 |
| AJ | Cataract Meeting Room | House Phone | 62 inch high to top buttons. | Lower to 48 inches to top buttons. | 4.31 | 7/1/2008 |
| AK | Cataract Meeting Room | House Phone | No volume control | Provide a volume control handset. | ADA/ABA-AG | 7/1/2008 |
| AL | Stairs Adjacent to Front Desk for Access to Level 1 Guestrooms | Handrails | No elevator access to this level. | Provide horizontal handrail extensions at the top and bottom where walls exist. | 4.26 | 7/1/2008 |
| AM | Level 1 Guestroom Corridor | Guest Laundry Room | This level is not accessible. | Relocate the laundry to be on an accessible route. | 4.1.2 (1) | 7/1/2010 |
| AN | Elevators | Tactile Floor Indicators at Hoistway Entrances | Braille is not provided below floor numbers. Some numbers are missing. | Provide raised floor numbers with Braille below at all hoistway entrance elevator door jambs. | 4.10.5 | 7/1/2008 |
| AO | Elevators | Emergency Communications | Phone in cabinet. | Change to audible/visual device. If in a cabinet, provide accessible handle. | 4.10.14 | 7/1/2008 |
| AP | Guestrooms | Accessible Guestrooms | The hotel has approximately 211 total guestrooms, including 12 accessible guestrooms, all similar quality and all with tub. | The ADA ultimately requires 10 accessible guestrooms for a hotel of this size, including 3 with a roll-in shower. Modify the existing accessible guestrooms and modify one suite to be accessible as noted below. | 9.2 | 1/1/2010 |
| AQ | Existing Accessible Guestrooms | Entry Door | Pull side clearance is 8 inches wide. | Install automated door openers with automated latch release and emergency power back-up. | 2.2 Fig. 25 | 7/1/2009 |
| AR | Existing Accessible Guestrooms | Closet | Shelf and hanger rods | Subdivide to provide 1/2 with a 48 inch high shelf and rod below and 1/2 at standard height. | 9.2.2 (4) | 7/1/2009 |
| AS | Existing Accessible Guestrooms | Entry Door | Security latch is 59 inches high. | Lower to 48 inches. | 4.13.9 | 7/1/2009 |
| AT | Existing Accessible Guestrooms | Bath | Lavatory top is 32 inches high with 26 inch high knee clearance. Pipes are not insulated. | Insulate the pipes | 4.19.4 | 7/1/2009 |
| AU | Existing Accessible Guestrooms | Bath | Hair dryer | Lower to 48 inches high | ADA/ABA-AG | 7/1/2009 |
| AV | Existing Accessible Guestrooms | Bath | Water closet side wall grab bars. | Relocate horizontally to extend to as close as practical to 54 inches from the rear wall. | Fig. 29 | 7/1/2009 |
| AW | Existing Accessible Guestrooms | Bath | Tub/Shower head. | Modify to have a standard shower head plus a hand held shower head on a slid bar with a diverter valve control within accessible reach range. | 4.21.6 | 7/1/2009 |
| AX | Existing Accessible Guestrooms | Bath | Tub | Modify 2 of the baths to have a roll-in shower. | 9.1.2 | 1/1/2010 |
| AY | Guestroom 400 - 401 2 Bay Suite | Configuration | There are no accessible suites. | Modify one suite to be accessible with 2 beds and a bath with a roll-in shower. | 9.2 | 1/1/2010 |

- END -