# United States District Court

WESTERN DISTRICT OF NEW YORK

DISABLED PATRIOTS OF AMERICA, INC.,     **JUDGMENT IN A CIVIL CASE**
a Florida non profit corporation, and     CASE NUMBER: 07-CV-299 C(Sc)
MARCUS INGRAM, Individually,

           v.

NF HOTEL, LLC, a New York Limited
Liability Company,

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED, the Court's approves of the Consent Decree and upon the Defendant's full compliance with the terms and conditions of the Consent Decree, Plaintiffs hereby release and discharge Defendant, its officers, employees, agents, successors and assigns from any and all claims and causes of action related to the property at issue in this action which they have had arising under the Americans With Disabilities Act.

     The Court will retain jurisdiction to enforce the Consent Decree and for determination of the amount of fees to be awarded to Plaintiffs and dismiss this case with prejudice.

Date: February 12, 2008                                      RODNEY C. EARLY, CLERK

                                                                              By: S/ Denise Collier
                                                                                   Deputy Clerk