UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



_____

DISABLED PATRIOTS OF AMERICA, INC., a
  Florida Non Profit Corporation, and MARCUS
  INGRAM, Individually,

                    Plaintiffs,                       Civil Case No.: 1:07-cv-00299-JTC

v.

NF HOTEL, LLC, a New York Limited Liability
  Company,

                    Defendant.

_____

## MODIFIED CONSENT DECREE

       This Modified Consent Decree is entered into by and between and, hereinafter sometimes referred to as "plaintiffs," and, hereinafter sometimes referred to as "defendant," on the date last executed below.

       **WHEREAS:** The defendant's property is a hotel known as Quality Hotel & Suites at the Falls and is located at 240 Rainbow Boulevard, Niagara Falls, New York 14303. Defendant has represented that there have been delays in making the modifications to the property as provided for pursuant to the original Consent Decree. Accordingly, in consideration for resolving all matters in dispute, the parties have agreed to the following terms and conditions subject to the Court entry of an Order Approving and Entering the Modified Consent Decree.

1.     All alterations, modifications, and policies required by this Modified Consent Decree shall be completed by June 21, 2011. After June 21, 2011, to ensure that the modifications to the subject property required below have been completed, defendant shall provide a written report to plaintiffs' counsel to verify commencement, progress and completion of the work required hereby. The parties have agreed that this written report will be prepared by expert, James A. DiLuigi of Access-Ability Consultants, Inc.

2.     Defendant shall pay plaintiffs' counsel, Fuller, Fuller & Associates, P.A., for plaintiffs' attorneys' fees, litigation expenses and costs incurred in the modification of the original Consent Decree. Said amount shall be $9,000.00 and shall be payable by check to Fuller, Fuller & Associates, P.A. by February 4, 2010.

3.     When all issues are resolved between the parties, the parties hereby agree and will request the Court to approve and enter the Modified Consent Decree, providing for retention of jurisdiction by the Court to enforce, as necessary, the terms of this Decree.

4.     The parties warrant that all the provisions of this Modified Consent Decree will remain in strict confidence, except where disclosure is required under appropriate legal process or is necessary to resolve the issue of attorneys' fees and/or costs. The parties agree to refrain from making any statements about the lawsuit, the allegations contained herein, or this Modified Consent Decree except that the defendant may share this Modified Consent Decree with any prospective purchasers and with any parties engaged to perform the barrier removal obligations herein.

5.     This Modified Consent Decree shall be binding upon and inure to the benefit of the parties hereto and their respective successor and/or assigns. The parties shall perform their obligations under this Modified Consent Decree in good faith.

6.     The parties agree and acknowledge that the defendant may implement alternative actions that would provide equivalent facilitation to those actions specified in Exhibit A - Settlement Actions, as long as defendant timely informs plaintiffs in writing, through counsel, of the alternative actions being taken.

7.     The parties agree that any delays in making the modifications to the property as provided for pursuant to this Modified Consent Decree caused by third parties, including but not limited to construction contractors, or city building officials, inspectors, or permitting departments, will not be deemed to violate the compliance dates herein as long as the defendant makes a good faith effort to effect implementation as soon as reasonably possible thereafter.

8.     Upon the Court's approval of this Modified Consent Decree and upon the defendant's full compliance with the terms and conditions of this Modified Consent Decree, plaintiffs hereby release and discharge defendant, its officers, employees, agents, successors and assigns from any and all claims and causes of action related to the property at issue in this action which they have had arising under the Americans With Disabilities Act.

9.     The parties acknowledge that the modifications described in this Modified Consent Decree shall be implemented according to the standards set out in 28 CFR Part 36 §36.304(d)(7-1-94 edition). All references to figures in the paragraphs below refer to those that accompany the ADA-SAD.

10.     This Modified Consent Decree can be executed in any number of counterparts, each of which shall be taken to be one and the same instrument, for the same effect as if all parties hereto had signed the same signature page. A facsimile copy of any parties signature shall be deemed as legally binding as the original signatures.

11.     The defendant is advised that under certain circumstances a tax credit and/or tax deduction may be available to businesses to help cover the cost of making access improvements. (See Sections 44 and 190 of the Internal Revenue Code).

12. Defendant agrees that it shall perform the corrective actions that are identified as part of <u>Exhibit A - Settlement Actions</u> by the completion date set forth in Paragraph 1 of this Modified Consent Decree.

**IN WITNESS WHEREOF**, the parties hereto execute this Modified Consent Decree regarding ADA compliance for <u>Disabled Patriots of America, Inc., a Florida Non Profit Corporation, and Marcus Ingram, Individually vs. NF Hotel, LLC, a New York Limited Liability Company</u>, Case No.: 1:07-cv-00299-JTC to be effective on the date upon which the last signatories execute this Modified Consent Decree.

**PLAINTIFFS:**


By: _____     Date: _____
      Disabled Patriots of America, Inc.


By: _____     Date: _____
      Marcus Ingram


**DEFENDANT:**

By: _____Joseph M Anderson_____     Date: __1/27/10_____
      NF Hotel, LLC

12.   Defendant agrees that it shall perform the corrective actions that are identified as part of Exhibit A - Settlement Actions by the completion date set forth in Paragraph 1 of this Modified Consent Decree.

**IN WITNESS WHEREOF**, the parties hereto execute this Modified Consent Decree regarding ADA compliance for Disabled Patriots of America, Inc., a Florida Non Profit Corporation, and Marcus Ingram, Individually vs. NF Hotel, LLC, a New York Limited Liability Company, Case No.: 1:07-cv-00299-JTC to be effective on the date upon which the last signatories execute this Modified Consent Decree.

**PLAINTIFFS:**

By: _____   Date: Jan. 27, 2010
     Disabled Patriots of America, Inc.

By: _____, as atty for   Date: 2/1/2010
     Marcus Ingram


**DEFENDANT:**


By: _____   Date: _____
     NF Hotel, LLC

So Ordered
_____
2/3/10

-3-

# NF Hotel, LLC
## Exhibit A - Settlement Actions

| Settlement Item | Location | Element | Facts/Finding | Action/Contract | ADA-SAD (ADAAG) |
|---|---|---|---|---|---|
| A | First Street Parking | Secondary Parking Lot | Lot is correct from an entry. Currently sloped in excess of 2%, and contains 22 parking spaces, none of which are accessible. Two spaces at the Rainbow Boulevard edge of the lot are adjacent to the sidewalk and nearly level. | Widen the two spaces at the Rainbow Boulevard edge to create 2 van accessible spaces with an access aisle between each and a walkway from the aisle connecting to the street sidewalk. | 4.6 |
| B | First Street Parking | Primary Parking Lot | Lot is adjacent to an entry and contains 30 designated parking spaces, including 2 accessible spaces across from the entry doors. The accessible parking spaces do not have access aisles. | Restripe the existing three accessible spaces to provide 2 van size parking spaces with an access aisle between them. | 4.6 |
| C | Rainbow Boulevard Parking | Primary Parking Lot | Parking spaces are not visually obstructed by parked vehicles. | Raise the two signs to 80 inches minimum to bottom. | 4.6.4 |
| D | Rainbow Boulevard Parking | Street Parking | 2 accessible parking spaces on the street near the hotel entry. | Train valet parking staff to advise guests with disabilities regarding these spaces should the accessible lot spaces be full and to offer assistance in parking in the valet spaces. | 20-203 |
| E | Rainbow Boulevard - Hotel Entry | Easy Doors | Interior vestibule doors have 10-15 lbs. force with 1-4 seconds closing speed. The vestibule is accessible. | Adjust these doors to close at reasonably possible to 5 lbs max force with 3 seconds closing speed. | 4.13.10 / 4.13.11 |
| F | Rainbow Boulevard - Hotel Entry | Easy Doors | Exterior vestibule doors have 10-15 lbs. force with 1-4 second closing speed. The vestibule is accessible. | Adjust door closers to close at reasonably possible to 8 lbs max force. | 4.13.10 / 4.13.11 |
| G | First Street Hotel Entry | Walkway Approach from Bus/Taxi Drop Off/Valet Parking | Walkway approach from Bus/Taxi Drop off slope and landing area which has about 2 inches. | Modify the entry area to reduce slope to 5.3% maximum. Entry could be moved back about 3-4 feet to reduce slope by eliminating the outer portion. Add handrails at each side. | 4.8 |
| H | First Street Hotel Entry | Entry Doors | One opening vestibule door has a 2 inch vertical lugs offset at threshold. A raised board was installed. | Eliminate the board and vertical offset. (See Settlement Item 0) | — |
| I | Lobby Level Large Meeting Room | Entry Doors | 2 pairs of 36 inch wide doors with push/pull hardware. Closer has 12.8 lbs. force with 1 second closing speed. | Adjust closer to 5 lbs. as soon as reasonably possible at 5 lbs max force with 3 seconds minimum closing speed. | 4.13.10 / 4.13.11 |
| J | Men's Restroom at Large Lobby Meeting Room | Entry Door | Signage is on the door face and not tactile. | Add tactile room name signage and signage indicating the location of the adjacent men's accessible restroom. (See Settlement Item L) | 4.30 |
| K | Women's Restroom at Large Lobby Meeting Room | Entry Door | Signage is on the door face and not tactile. | Add tactile room name signage and signage indicating the location of the adjacent women's accessible restroom. (See Settlement Item L) | 4.30 |
| L | Restroom Area at Large Lobby Meeting Room | Coat Room | Used for storage. | Change the coat room to a unisex restroom and provide an accessible room from the lobby. | 4.1.5(6)(a) |
| M | Lobby/Restaurant Men's Restroom | Entry Door | Signage is on the door face and not tactile. | Add tactile room name signage. | 4.30 |
| N | Lobby/Restaurant Men's Restroom | Entry Door | Signage is on the door face and not tactile. | Add ISA signage indicating the location of an accessible unisex restroom with a side transfer water closet in the meeting room area (See Settlement Item L). | 4.30 |
| O | Lobby/Restaurant Men's Restroom | Entry Door | Door requires 11 lbs with 3+ second closing speed. | Adjust door to as close as reasonably possible to 5 lbs max force with 3 seconds minimum closing speed. | 4.13.10 / 4.13.11 |
| P | Lobby/Restaurant Men's Restroom | Lavatory | Knee clearance not accessible. Counter top is 35 inches high. | Modify the lavatory to be 34 inches high maximum, with accessible knee and toe clearance and insulated pipes. | 4.19 |
| Q | Lobby/Restaurant Men's Restroom | Lavatory | Mirror is 35 inches high to bottom reflective edge. | Provide a mirror with bottom reflective edge at 40 inches high maximum. | 4.19 |
| R | Lobby/Restaurant Men's Restroom | Water Closet (2) | One ambulatory type stall, 39-1/2 inches wide. | Add a grab bar to the outside face of the stall door. | 4.17.3 |
| S | Lobby/Restaurant Men's Restroom | Alarm | No visual alarm. | At the time of the next alarm system upgrade, add a visual alarm. | 4.1.3 (14) |
| T | Lobby/Restaurant Women's Restroom | Entry Door | Signage is on the door face and not tactile. | Add tactile room name signage. | 4.30 |
| U | Lobby/Restaurant Women's Restroom | Entry Door | Signage is on the door face and not tactile. | Add ISA signage indicating the location of an accessible unisex restroom with a side transfer water closet at the meeting room area. (See Settlement Item L). | 4.1.5 (3)(a) |
| V | Lobby/Restaurant Women's Restroom | Entry Door | | Adjust closer to close at reasonably possible to 5 lbs max force with 3 seconds minimum closing speed. | 4.13.10 / 4.13.11 |

| Sequence Item | Location | Element | Feature/Finding | Action/Comment | ADA-SAD (ADA-AG) |
|---|---|---|---|---|---|
| W | Lobby/Restaurant Women's Restroom | Lavatory | 31-1/2 inch high rim | Modify the lavatory to be 34 inches high maximum, with accessible knee/toe clearance and insulated pipes | 4.19 |
| X | Lobby/Restaurant Women's Restroom | Lavatory | 34 inch high mirror | Provide a mirror with bottom reflective edge at 40 inches high maximum | 4.19 |
| Y | Lobby/Restaurant Women's Restroom | Water Closet Stalls (?) | 1 ambulatory type 31-1/2 inch wide | Reduce doorstops away from grab bar 12 inches minimum above 2-? 1/2 | 4.26 |
| Z | Lobby/Restaurant Women's Restroom | Water Closet Stalls (?) | 1 ambulatory type 31-1/2 inch wide | Add a pull to outside face of the named stall door | 4.17.5 |
| AA | Cigar Lounge Access from Lobby Elevator | Entry From Elevator Lobby | Signage is not inside | Add inside room name signage | 4.17.5 |
| AB | Restaurant | Fire Screen Entry | Walkway from Fire Screen isn't over. Landing at doors is determined and narrow at the threshold | Recommend the landing to provide a 5 foot deep level area and accessible threshold | 4.13.6 |
| AC | Restaurant/Bar | Self-Serve Breakfast Buffet Area | Self-serve unit is 38 inches high. Circulation around is accessible. Adjacent auxiliary tables for food preparation are 39 inches high. | Install IDA signage indicating table service is available on request | 36.303 |
| **AD** | **Residence/Bar** Outdoor Patio Off Breakfast Area | Handrail | Part of 36 inch door. Close 13.8x2 sec. Slight concrete offset at exterior side | Add wall of rail at exterior side to provide a flush transition at the threshold | 4.13.6 |
| AE | Ramp to Wedding Chapel and | Handrail | Handrail is on one side only and 2 inches in diameter | Add horizontal extension at the top & bottom | 4.8 |
| AF | Ramp to Wedding Chapel and | Handrail | Handrail is on one side only and 2 inches in diameter | Add a handrail on the other side | 4.26 |
| AG | Wedding Chapel | Entry | Signage is on the door face and not inside | Provide room name signage at the strike side of the door | 4.30 |
| AH | Chapel Meeting Room | Entry Door | Signage is on the door face and not inside | Provide inside door hardware | 4.30 |
| AI | Chapel Meeting Room | Entry Door | Round knob door hardware | Change to lever handles | 4.13.9 |
| AJ | Chapel Meeting Room | House Phone | 62 inch high to top buttons | Lower to 48 inches to top buttons | 4.13.9 |
| AK | Chapel Meeting Room | House Phone | No volume control | Provide a volume control handset | 4.31 |
| AL | Stairs Adjacent to Front Desk for Access to Level 1 Operations | Handrail | No elevator access to this level | Provide horizontal handrail extensions at the top and bottom where walls | ADA/ABA-AG |
| AM | Level 1 Guestroom Corridor | Guest Laundry Room | This level is not accessible | Relocate the laundry to be on an accessible route | 4.1.2(1) |
| AN | Elevators | Tactile Floor Indicators at Hallway Entrances | Braille is not provided below floor numbers. Some numbers are missing. | Provide raised floor numbers with Braille below at all hallway surfaces | 4.10.5 |
| AO | Elevators | Emergency Communications | Phone in cabinet | Change to audible/visual device. If in cabinet, provide accessible handle. | 4.10.14 |
| AP | Guestroom | Accessible Guestrooms | The hotel has approximately 211 total guestrooms including 2 accessible guestrooms, all usable quality and all with tub. | The ADA ultimately requires 10 accessible guestrooms for a hotel of this size, including 3 with a roll-in shower. Modify the existing accessible guestrooms and modify one suite to be accessible as noted below | 9.2 |
| AQ | Existing Accessible Guestrooms | Entry Door | Pull side clearance is 8 inches wide | Install automatic door openers with automated latch release and emergency power backup | 12 Fig 25 |
| AR | Existing Accessible Guestrooms | Closet | Shelf and hanger rods | Solids rods to provide 1/2 with a 48 inch high shelf and rod below and 1/2 at standard height | 9.2.1(4) |
| AS | Existing Accessible Guestrooms | Entry Door | Security lock is 59 inches high | Lower to 48 inches | 4.13.9 |
| AT | Existing Accessible Guestrooms | Bath | Lavatory top is 33 inches high with 26 inch high knee clearance. Pipes are not insulated | Insulate the pipes | 4.19.4 |
| AU | Existing Accessible Guestrooms | Bath | Hair dryer | Lower to 48 inches high | |
| AV | Existing Accessible Guestrooms | Bath | Water closed side wall grab bars | Relocate horizontally to extend to at close as practical to 54 inches from | Fig. 29 |
| AW | Existing Accessible Guestrooms | Bath | Tub/Shower head | Modify to have a standard shower head plus a hand held shower head on a slide bar with a diverter valve control within accessible reach range | 4.21.6 |
| AX | Existing Accessible Guestrooms | Bath | Tub | Modify 1/2 of the baths to have a roll-in shower | 9.1.2 |
| AY | Guestrooms 400 - 401 2 Bay Suite | Configuration | There is no accessible suite | Modify one suite to be accessible with 1 bed and a bath with a roll-in shower | 9.2 |