AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

Disabled Patriots of America, Inc., et al.,

     v.

NF Hotel, LLC,

**SECOND AMENDED JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 07-CV-299 -C

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED, the Court approves the Modified Consent Decree and retain jurisdiction to enforce the terms of the Modified Consent Decree.

Date: February 8, 2010

MICHAEL J. ROEMER
CLERK OF COURT

By: S/Denise Collier
    Deputy Clerk